ORIGINAL

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
## CIVIL MINUTES - GENERAL

CASE NO.:   CV-00-7834-R                         DATE: DEC. 11, 2000

TITLE:   MATTEL INC V. GREINER & HAUSSNER GmbH et al

===================================================================

**PRESENT:**

<u>HON. MANUEL L. REAL, JUDGE</u>

| William Horrell | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**   **ATTORNEYS PRESENT FOR DEFENDANT:**

Not present                                              Not present

**PROCEEDINGS: ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION**

THIS MATTER IS SET ON CALENDAR FOR HEARING ON JANUARY 8, 2001 AT 11:00 A.M., FOR AN ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION, FOR FAILURE OF THE PLAINTIFF TO FILE PROOF OF SERVICE OF THE SUMMONS AND COMPLAINT ON DEFENDANTS.

PRESENCE OF COUNSEL AT THE HEARING IS MANDATORY; FAILURE TO APPEAR WILL RESULT IN THE DISMISSAL OF THE ACTION.

cc: counsel of record

MINUTES FORM 11
CIVIL - GEN                              D-M                           Initials of Deputy Clerk  WH