```
 1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
      Adrian M. Pruetz (Bar No. 118215)
 2    Edith Ramirez (Bar No. 165872)
      Steven Vaughan (Bar No. 185208)
 3  865 South Figueroa Street, 10th Floor
    Los Angeles, California 90017-2543
 4  (213) 624-7707
 5  Attorneys for Plaintiff
```

FILED DEC 26 2000

ENTERED CLERK, U.S. DISTRICT COURT DEC 27 2000 CENTRAL DISTRICT OF CALIFORNIA BY DEPUTY

LODGED 2000 DEC 26 PM 4:00

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GREINER & HAUSSER GmbH, a German business entity; ROLF HAUSSER, an individual; and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | CASE NO. CV 00-07834 R (AIJx)<br><br>NOTICE OF VOLUNTARY DISMISSAL |

THIS CONSTITUTES NOTICE OF ENTRY AS REQUIRED BY FRCP, RULE 77(d).

✓ Docketed
✓ Copies / NTC Sent
✓ JS - 5 / (JS - 6)
  JS - 2 / JS - 3
  CLSD

07168/333882.1

NOTICE OF VOLUNTARY DISMISSAL

1       NOTICE IS HEREBY GIVEN that pursuant to Fed. R. Civ. P. 41(a)(1)(i),
2 plaintiff Mattel, Inc. voluntarily dismisses the above-captioned action against all
3 defendants without prejudice.

5 Dated: December 26, 2000

                QUINN EMANUEL URQUHART OLIVER &
                HEDGES, LLP

                By _____
                Edith Ramirez
                Attorneys for Plaintiff
                Mattel, Inc.